In the Matter of the SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY et al., Appellants, against CHARLES VAN AMBURGH, JR., et al., Comprising the Town Board of the Town of Fenton, Respondents, Impleaded with Another.

(Argued May 28, 1929; decided June 11, 1929.)

*Frederick Collin* for appellants.
*C. L. Chamberlain* for respondents.

Order affirmed, with costs, on opinion of DAVIS, J., at the Appellate Division.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.